■ TIMOTHY ANTHOLZNER, Respondent, v ADF CONSTRUCTION CORP. et al., Appellants and Third-Party Plaintiffs-Appellants. STEELCOR BUILDERS et al., Third-Party Defendants-Respondents. (Appeal No. 2.)— [608 NYS2d 131] —Order unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Schelble v ADF Constr. Corp.* (199 AD2d 973 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Summary Judgment.) Present—Denman, P. J., Callahan, Lawton and Davis, JJ.